**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Warren CLIFTON, Defendant— Appellant.**

No. 02–7758.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 30, 2004.

Decided Sept. 24, 2004.

Warren Clifton, Appellant pro se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Clifton appeals the district court's order denying relief on Clifton's motion filed under 28 U.S.C. § 2255 (2000). We previously granted a certificate of appealability on Clifton's claim that counsel was ineffective under *United States v. Peak*, 992 F.2d 39 (4th Cir.1993). Upon review of the parties' briefs and the record, we find no reversible error. Accordingly, we affirm the order of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*